THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LUIGI RAPITO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued November 30, 1925; decided December 15, 1925.)

APPEAL from a judgment of the Supreme Court, rendered September 18, 1924, at a Trial Term for the county of Cayuga, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Frank S. Coburn* and *Richard T. Anderson* for appellant.

*Benn Kenyon, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

38

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.; HISCOCK, Ch. J., and LEHMAN, J., dissent on the ground that the evidence did not justify the jury in finding premeditation and deliberation beyond a reasonable doubt.